UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KAREEM NISBETT, Individually and on behalf of all other persons similarly situated, | ECF CASE |
|---|---|
| Plaintiff, | No.: 1:20-cv-2280 (PGG) |
| v. | |
| LOCK AND KEY REMEDIES, INC., | |
| Defendant. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear his/its own fees and costs.

Dated: February 10, 2021  
      New York, New York

_____  
Douglas B. Lipsky, Esq.  
LIPSKY LOWE LLP  
420 Lexington Avenue, Suite 1830  
New York, New York 10170  
Doug@lipskylowe.com  
212.392.4772  
*Attorneys for Plaintiff*

Dated: February 9, 2021  
      Great Neck, New York

_____  
H Richard Hendler  
Hendler Law Firm  
10 Bond Street, Suite Box 1-218  
Great Neck, New York 11021  
hender@henderlawfirm.com  
516.984.69001  
*Attorneys for Defendant*

SO ORDERED.

_____  
Paul G. Gardephe  
United States District Judge

Dated: February 11, 2021